USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-1184 UNITED STATES, Plaintiff, Appellee, v. PABLO HERNANDEZ, Defendant, Appellant. __________________ JORGE E. RODRIGUEZ, ET AL., Defendants, Appellees. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Hector M. Laffitte, U.S. District Judge] Before Torruella, Chief Judge, Boudin and Lipez, Circuit Judges.   Pablo Hernandez on brief pro se. Guillermo Gil, United States Attorney and Isabel Munoz Acosta,Assistant U.S. Attorney on brief for appellee.November 16, 1998 Per Curiam. We have reviewed carefully the record in this case, including the briefs of the parties and the opinion of the district court. United States v. Hernandez, 979 F. Supp. 70 (D.P.R. 1997). We find no clear error in the determination that appellant's houseboat was a permanently moored vessel for purposes of the Rivers and Harbors Act and thus required a mooring permit from the Army Corps of Engineers to remain in La Parguera. Furthermore, essentially for the reasons given by the district court in its opinion, we find no abuse of discretion in the decision by the Army Corps of Engineers to deny appellant a mooring permit due to environmental considerations. Therefore, the district court order granting the government's request for injunctive relief is affirmed.  Affirmed. See Loc. R. 27.1.